JOSEPH E. WEST, as Administrator, etc., Responaent, *v.*
GEORGE A. REYNOLDS et al., Appellants.

(Submitted December 3, 1889; decided December 17, 1889.)

APPEAL from judgment of the General Term of the Supreme
·Court in the fourth judicial department, entered upon an order
made January 19, 1889, which affirmed a judgment in favor
·of plaintiff, entered upon a decision of the court on trial at
;Special Term.

*D. C. Stoddard* for appellants.

*William Kernan* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.